ROSE SCIOLDONI et al., by ANTHONY SCIOLDONI, Guardian ad Litem, Appellants, *v.* REPUBLIC LIGHT, HEAT AND POWER COMPANY, Respondent.

(Argued June 7, 1929; decided July 11, 1929.)

*Clayton M. Smith* and *Hubert C. Collins* for appellants.
*Edmund S. Brown* and *Harold J. Adams* for respondent.

Order affirmed, with costs. Second question certified answered in the affirmative. First question not answered; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.